24 Ill. App.2d 565 (1960)
165 N.E.2d 374
Lawrence Patterson, et al., Plaintiff-Appellant,
v.
A.J. Byrne, Defendant-Appellee.
Gen. No. 59-O-26.
Illinois Appellate Court  Fourth District.
March 9, 1960.
Released for publication March 28, 1960.
Leonard J. Dunn (Robert S. Hill, of counsel) for plaintiff-appellant.
John E. Jacobsen, Craig and Craig, for defendant-appellee.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE SCHEINEMAN.
Judgment affirmed.
Not to be published in full.